UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:   KAY D. BARTIG,

Case No. 95-20196

Chapter 7

_____ Debtor(s)    /

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042 , that

following a review of the sufficiency of the Affidavit of Creditor information that the claimant is

properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan

was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Brenda K.

Stearley c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027-0125 the sum of Three

Thousand Five Hundred Thirty Seven Dollars and Sixty-six Cents (3,537.66), of unclaimed
funds

held in the U.S. Treasury.

Signed on August 25, 2010

_____
     /s/ Daniel S. Opperman
     Daniel S. Opperman
     United States Bankruptcy Judge